OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603 NOV 10 2015

$ 000.27⁵

11/9/2015
GALVAN, JESSE          Tr. Ct. No. 2013CR1630W          WR-84,157-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

JESSE GALVAN
RETURN TO  BEXAR COUNTY ADULT - TDC # 1883572
RELEASED   200 N. COMAL
SAN ANTONIO, TX  78207